UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG PIERCE AND NICOLE PIERCE AS PARENTS, NEXT FRIENDS AND GUARDIANS OF B.P.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>WHITESIDE SCHOOL DISTRICT NO. 115 BOARD OF EDUCATION,<br><br>　　　Defendant. | Case No.  22-cv-1153-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Craig Pierce and Nicole Pierce as Parents, Next Friends and Guardians of B.P. Complaint against Defendant Whiteside School District No. 115 Board of Education **DISMISSED WITHOUT PREJUDICE**.

**DATED: October 26, 2022**　　　　　　　MONICA A. STUMP, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　s/Tina Gray, Deputy Clerk

**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**